*Zachary W. Carter, Corporation Counsel*, New York City (*Ellen Ravitch, Richard Dearing* and *Pamela Seider Dolgow* of counsel), for respondents.

*Greenberg Burzichelli Greenberg P.C.*, Lake Success (*Harry Greenberg* and *Genevieve E. Peeples* of counsel), for Harry Nespoli, amicus curiae.

### OPINION OF THE COURT

Order reversed, without costs, and matter remitted to Supreme Court, New York County, with directions to dismiss the proceeding upon the ground of mootness (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 718 [1980]).

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.

In the Matter of AMINATA M.S.-L. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DORIS L., Appellant. (Proceeding No. 1.)

In the Matter of NEFERITTI M.A.S.-L. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DORIS L., Appellant. (Proceeding No. 2.)

Submitted October 13, 2015; decided November 23, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 914 (2015)].

RAMANDEEP BADWAL, Respondent, v AVTAR S. BADWAL, Appellant.

Submitted October 5, 2015; decided November 23, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie. Motion for leave to appeal denied. Motion for a stay dismissed as academic.